UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LANDMANN WIRE ROPE PRODUCTS, INC.**　　　　　　　　　　CIVIL ACTION

**VERSUS**　　　　　　　　　　　　　　　　　　　　　　　　NO. 20-646

**MARINE SPLICING AND SUPPLY, INC**　　　　　　　　　　SECTION "B"(4)

## ORDER

Before the Court is a Report and Recommendation of the Magistrate Judge recommending an order be entered granting plaintiff Landmann Wire Rope Products, Inc. ("Landmann") and third party defendant Gator Supply Company LLC's ("Gator Supply") motions to enforce settlement against defendant Marine Splicing and Supply, Inc. ("Defendant"). Rec. Doc. 59. This report was filed on May 6, 2021, from which Defendant had fourteen (14) days to file objections. On May 20, 2021, Defendant's counsel withdrew as counsel of record, and Defendant was directed to enroll new counsel within ten (10) days. Rec. Doc. 61. On June 3, 2021, upon Defendant's failure to enroll new counsel within the time proscribed, this Court directed Defendant to show cause in writing within fourteen (14) days thereafter as to why the Magistrate Judge's Report and Recommendation should not be adopted. Rec. Doc. 62. Defendant neither filed an objection to the Report and Recommendation nor a response to the Rule to Show Cause. Defendant is solely responsible for documented noncompliances with court orders in this matter.  Accordingly,

**IT IS ORDERED** that the Report and Recommendation have factual and legal merit and are therefore **ADOPTED** in their entirety as the opinion of the Court. Thus, Landmann and Gator Supply's motions to enforce settlement (Rec. Docs. 39, 42) are **GRANTED** and the Rule to Show Cause (Rec. Doc. 62) is thereby **resolved** against Defendant due its above-noted noncompliances.

New Orleans, Louisiana this 23rd day of June, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE